STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

PATRICK K. O'BRIEN (CABN 292470)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    FAX: (415) 436-7234
    Patrick.OBrien@usdoj.gov

Attorneys for United States of America

**FILED**

Aug 15 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ELSYS MENDOZA,<br><br>    Defendant. | NO. 20-MJ-70797 MAG<br><br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above criminal complaint against Elsys Mendoza and moves that the Court quash the arrest warrant issued in connection with the complaint.

DATED: August 11, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*Thomas A. Colthurst*
THOMAS A. COLTHURST
Chief, Criminal Division

Leave is granted to the government to dismiss the criminal complaint against Elsys Mendoza. It is further ordered that the arrest warrant issued in connection with the complaint in this case is quashed.

Date: August 15, 2022

/s/ Sallie Kim
HON. SALLIE KIM
United States Magistrate Judge